UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JIMENEZ, | Case No.: 1:13-cv-01204-SAB (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| FRESNO COUNTY SUPERIOR COURT, et.al. | |
| Defendants. | ORDER DIMISSING DEFENDANTS MIMS, FRESNO COUNTY SHERIFF'S DEPARTMENT, AND FRESNO COUNTY SUPERIOR COURT JUDGE SIMPSON |
| | (ECF Nos. 7 & 8) |
| | THIRTY DAY DEADLINE |

Plaintiff Richard Jimenez ("Plaintiff"), a pretrial detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 2, 2013.

Plaintiff filed the original complaint in this action on August 2, 2013. (ECF No. 1.) On September 10, 2013, the Court screened Plaintiff's complaint and found that it stated some cognizable claims. (ECF No. 5.) Plaintiff was ordered to file an amended complaint curing the deficiencies in his non-cognizable claims or to proceed only on the claim found to be cognizable. An amended order was issued on September 20, 2013, to correct a clerical error as to one of the defendant's names. On September 24, 2013, Plaintiff filed a notice to proceed only on the Eighth Amendment claim against Defendant Redfield for excessive force.

IT IS HEREBY ORDERED that:

1. Service shall be initiated on the following defendant:

   **MARK REDFIELD**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 2, 2013;

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for the defendant listed above;

   b. One completed USM-285 form the defendant listed above;

   c. Two (2) copies of the endorsed complaint filed August 2, 2013; and

   d. All CDCR Form 602 documentation submitted in relation to this case;

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

///
///
///
///
///
///
///
///
///

5. Based on Plaintiff's notice, Plaintiff's claims against Defendants Fresno County Sheriff Margaret Mims, Fresno County Sheriff's Department, and Fresno County Superior Court Judge Alan Simpson are dismissed from this action for failure to state a claim; and

6. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **September 25, 2013**   _____
UNITED STATES MAGISTRATE JUDGE