UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SUPERIOR COURT, et.al.<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01204-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO CORRECT CLERICAL ERROR<br><br>(ECF No. 9) |

　　　　Plaintiff Richard Jimenez ("Plaintiff"), a pretrial detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 2, 2013.  On September 24, 2103, Plaintiff filed a motion to correct a clerical error.

　　　　Plaintiff filed the original complaint in this action on August 2, 2013.  (ECF No. 1.)  On September 10, 2013, the Court screened Plaintiff's complaint and found that it stated some cognizable claims.  (ECF No. 5.)  Plaintiff was ordered to file an amended complaint curing the deficiencies in his non-cognizable claims or to proceed only on the claim found to be cognizable.  On September 19, 2013, Plaintiff filed a notice to correct a clerical error in the Court's September 10, 2013, order.  An

///

///

///

amended order was issued on September 20, 2013, to correct a clerical error as to one of the defendant's names.  In light of the amended order issued September 20, 2013, correcting the clerical error set forth in Plaintiff's September 24, 2013, motion, IT IS HEREBY DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated:   **September 25, 2013**  
UNITED STATES MAGISTRATE JUDGE